THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00204-MR-WCM

| | |
|---|---|
| LARRY R. KOECHEL and wife, KAREN C. KOECHEL, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>AVERY'S CREEK, LLC and FRED SPIEGEL, )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' "Motions to Dismiss and to Compel Arbitration" [Doc. 2].

The Defendants failed to include a supporting brief with their Motion, in violation of Local Civil Rule 7.1(c). Accordingly, the Defendants' Motion is denied without prejudice. Should the Defendants choose to refile, their motion and accompanying brief should be in at least 14 point type.

**IT IS, THEREFORE, ORDERED** that the Defendants' "Motions to Dismiss and to Compel Arbitration" [Doc. 2] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: October 3, 2022

Martin Reidinger
Chief United States District Judge